No. 529. EL PUEBLO *v.* HERNÁNDEZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en febrero 21, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 536. EL PUEBLO *v.* LÓPEZ.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en Febrero 27, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 537. EL PUEBLO *v.* RAMOS.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en febrero 27, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

No. 956. PAGÁN *v.* COLÓN.—Apelación procedente de la Corte de Distrito de Guayama. Moción para desestimar la apelación. Resuelto en marzo 3, 1913. Desestimada la apelación por incumplimiento del párrafo 1 del artículo 295 del Código de Enjuiciamiento Civil, enmendado por la Ley de marzo 11, 1908, en relación con la Ley No. 70 de marzo 9, 1911. Abogado del promovente: *Sr. Manuel A. Rivera.* El apelante no compareció.

---

No. 347. EX PARTE BENÍTEZ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No 2226 otorgada por la National Surety Company. Resuelto en marzo 5, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.